UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Young, Petitioner, v. Genalo, et al., Respondents. | 26-CV-4543 (DEH) ORDER |

DALE E. HO, United States District Judge:

The Court is in receipt of the parties' submissions on Petitioner's amended petition, ECF No. 21. The parties are directed to appear for a hearing on the amended petition with the Court on Friday, August 28, 2026 at 3:00 p.m. in Courtroom 905 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

SO ORDERED.

Dated: August 25, 2026
New York, New York

DALE E. HO
United States District Judge