UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Young,<br>Petitioner,<br>v.<br>Genalo, et al.,<br>Respondents. | 26-CV-4543 (DEH)<br><br><u>ORDER</u> |

DALE E. HO, United States District Judge:

The Court is in receipt of Respondents' consent motion to adjourn the hearing currently scheduled for August 28, 2026. The motion is **GRANTED**. The hearing is **ADJOURNED** to **Monday, August 31, 2026** at **3:00 p.m.** The hearing will be held via Microsoft Teams. The parties should join by dialing (646) 453-4442 and entering the conference I.D. [990 825 968] followed by the pound (#) sign.

Respondents are **DIRECTED** to provide for Petitioner to access the conference line during the hearing and to confirm on the record by August 28, 2026 that such access will be provided.

The Clerk of Court is respectfully directed to close ECF No. 32.

SO ORDERED.

Dated: August 26, 2026
New York, New York

DALE E. HO
United States District Judge