**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

ROGENT YOUNG,

Plaintiff,

-against-

KENNETH GENALO, et al.,

Defendants.

---------------------------------------------------------------X

26 **CIVIL** 4543 (DEH)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 5, 2026, the Government's motion is GRANTED. For the foregoing reasons, Petitioner's petition for writ of habeas corpus is GRANTED. Respondents are further ENJOINED from re-detaining Mr. Young without a valid exercise of discretion consistent with this Order. Cf. Hyppolite v. Noem, 808 F.Supp.3d 474, 494-95 (E.D.N.Y. 2025). It is further ORDERED that, should Mr. Young be detained pursuant to a valid exercise of discretion pursuant to 8 U.S.C. § 1226(a), Respondents must provide him with a bond hearing at which Respondents bear the burden of proving by clear and convincing evidence that his continued detention is justified and that alternatives to detention are insufficient; and it is further ORDERED that, if Mr. Young is granted bond, respondents be ENJOINED from invoking the automatic stay provision at 8 C.F.R. § 1003.19(i)(2). See J.M.P. v. Arteta, 807 F. Supp. 3d 265, 299-301 (S.D.N.Y. 2025). Counsel for Petitioner may file an application for attorney's fees and costs pursuant to 5 U.S.C. § 504 and 28 U.S.C. § 2412 within the time provided by the Local Rules. Judgment is entered in Petitioner's favor pursuant to F.R.C.P. 58; accordingly, the case is closed.

**Dated:** New York, New York

November 9, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**